**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN HATFIELD, on behalf of himself and all others similarly situated, | ) ) |
| *Plaintiff*, | ) |
| | ) Case No. 6:26-3030-01-CV-S-SRB |
| v. | ) |
| | ) **ORAL ARGUMENT REQUESTED** |
| O'REILLY AUTOMOTIVE, INC., | ) |
| *Defendant*. | ) |

**O'REILLY AUTOMOTIVE, INC.'S MOTION TO
DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant O'Reilly Automotive, Inc. hereby moves this Court to dismiss Plaintiff John Hatfield's amended class action complaint (ECF No. 25) with prejudice. The grounds for this motion are set forth in O'Reilly Automotive, Inc.'s Suggestions In Support submitted herewith.

Dated:   July 1, 2026

Respectfully submitted,

 /s/ Michael S. Hines
Charles B. Cowherd   Mo. Bar No. 27087
**SPENCER FANE LLP**
2144 E. Republic Road, Suite B300
Springfield, Missouri 65804
Telephone:     417-888-1000
Facsimile:     417-881-8035
ccowherd@spencerfane.com

Michael S. Hines (*pro hac vice*)
Mary E. Grinman (*pro hac vice*)
Nicholle P. Knapp (*pro hac vice*)
**SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP**
500 Boylston Street
Boston, Massachusetts 02116
Telephone:     617-573-4800
Facsimile:     617-573-4822
michael.hines@skadden.com
mary.grinman@skadden.com
nicholle.knapp@skadden.com

*Counsel for Defendant*
*O'Reilly Automotive, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, Southern Division, on this 1st day of July 2026, with notice of the case activity generated and sent electronically to all counsel of record.

Dated: July 1, 2026            /s/ Michael S. Hines